UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EARL PERKINS, AS CHAPTER 7 TRUSTEE OF
THE ESTATE BANKRUPTCY OF JAE JUNG
PARK,

                       Plaintiff

                                                                       10-CV-5655

            v.

                                                     **NOTICE OF APPEARANCE**

AMERICAN TRANSIT INSURANCE COMPANY,
NORMAN VOLK & ASSOCIATES, P.C., BAKER
MCEVOY, MORRISSEY & MOSKOVITZ, P.C.,
and RUSSO, KEANE & TONER LLP,

                       Defendants.
------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Joshua B. Abrams and Andrew S. Kowlowitz, attorneys admitted in this Court, hereby appears as attorneys of record for Defendant MARGARET B. SANDERCOCK in the above-captioned matter and that FURMAN KORNFELD & BRENNAN LLP hereby appears for Defendant NORMAN VOLK & ASSOCIATES, P.C. in the above-captioned matter.

                                                                  Yours,

                                                      FURMAN KORNFELD & BRENNAN LLP

                       By: _____
                                       Joshua B. Abrams
                                       Andrew S. Kowlowitz
                                       *Attorneys for Defendant*
                                       NORMAN VOLK & ASSOCIATES, P.C.
                                       61 Broadway, 26th Floor
                                       New York, NY 10006
                                       Tel.: (212) 867-4100

{00074765;1 }

TO:

Robert Vincent Kaminski, Jr
*Attorneys for Plaintiff*
Robert Kaminski, PLLC
535 5th Avenue, 19th Floor
New York, New York 10017

Jonathan B. Bruno
*Attorneys for Defendant*
AMERICAN TRANSIT INSURANCE COMPANY
Kaufman, Borgeest & Ryan, LLP (NYC)
120 Broadway, Suite 200
New York, New York 11530

Ronald Wade Weiner
*Attorneys for Defendant*
BAKER, MCEVOY, MORRISSEY & MOSKOVITZ, P.C.
Steinberg & Cavaliere, L.L.P.
50 Main Street
Suite 901
White Plains, New York 10606

{00074765;1 }