UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Earl Perkins, et al          Plaintiff,                    10  C  5655        (   )

    -against-

American Transit Co., et al    Defendant.
-------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Joshua B. Abrams

[X]  Attorney

    [X]  I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: JA1382 ; My State Bar Number is: 4651774

    [ ]  I am a Pro Hac Vice attorney

    [ ]  I am a Government Agency attorney

[X]  Law Firm/Government Agency Association

    From: London Fischer LLP

    To: Furman Kornfeld & Brennan, LLP

    [X]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:   61 Broadway, 26th Floor

                New York, New York 10006

[X] Telephone No.:   212-867-4100

[X] Fax No.:   212-867-4118

[X] E-Mail Address:

Dated: 8/20/10

ATTORNEY'S SIGNATURE